## TIMOTHY WALLS ET AL. *v.* OP&F SCHRODER TRUST ET AL.
### (AC 19599)

Landau, Spear and Hennessy, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOHN HILLSON
### (AC 19405)

Landau, Spear and Daly, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## PALMA GUARDIANI *v.* JOHN GUARDIANI, JR.
### (AC 20038)

Landau, Spear and Daly, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.